# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7035**                              **September Term, 2024**

1:23-cv-03569-UNA

**Filed On:** October 15, 2024

Stephanie Mykonos,

        Appellant

    v.

Axinn, Veltrop & Harkrider, LLP, et al,

        Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**     Millett, Pillard, and Pan, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and notices filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's January 22, 2024, denial of leave to file a motion be affirmed. The district court did not abuse its discretion in denying leave to file a document after the case was remanded to the Superior Court, as the district court no longer had jurisdiction over the case. See Berry v. District of Columbia, 833 F.2d 1031, 1037 n.24 (D.C. Cir. 1987) (noting "[a] trial court's decisions with respect to the management of its docket are normally entitled to deference"). To the extent appellant seeks review of the district court's December 20, 2023, remand order, this court lacks jurisdiction to review that order. See 28 U.S.C. § 1447(d).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

_____

**No. 24-7035**                                   **September Term, 2024**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk